# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2519
LT Case No. 55-2021-CF-1804-A

_____

ROBERT ARNELL FOSTER,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for St. Johns County.
R. Lee Smith, Judge.

Ryan Edward McFarland, of Kent & McFarland, Jacksonville,
for Appellant.

No Appearance for Appellee.

October 28, 2025

PER CURIAM.

    AFFIRMED.

WALLIS, LAMBERT, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____